# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF INDIANA
## LAFAYETTE AT HAMMOND DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 22-40114 |
| GLENDA KAY MELLADY | |
| Debtor(s) | CHAPTER 13 |

## ORDER TO COMMENCE MORTGAGE PAYMENT WITHOUT NOTICE

Debtors, by counsel, and the Trustee hereby request that the Court Order the Trustee to commence regular mortgage payments as:

1. The Chapter 13 Plan includes mortgage payments to be paid by the Trustee but does not provide for the Trustee to pay adequate protection.
2. The Chapter 13 Plan provides to treat the claim as entitled to treatment under 11 U.S.C. §1322(b)(5).
3. Time is of essence in commencing mortgage payments and such early payment is contemplated by 11 U.S.C. §1326.
4. The Trustee shall commence payments to the mortgagee as follows:

| | |
|---|---|
| Mortgagee Name: | SHELLPOINT MORTGAGE SERVICING |
| Mortgagee Address: | PO BOX 10826, GREENVILLE, SC 29603-0826 |
| Trustee Claim No: | 0030 |
| Starting Date | JUNE 2022 |
| Account No. | 5682 1ST MTG POST PYMNTS |
| Payment Amount | $630.00 |

**Proposed Order to Commence Adequate Protection Payments without Notice**
Page 2
Case No: 22-40114

Respectfully Submitted:

@ 341 7/4 _____        /s/ Debra L. Miller, Trustee
Debtor's Attorney                                              Debra L. Miller, Trustee

SO ORDERED this _____ day of _____, 2022

_____
Robert E. Grant, Chief Judge
US Bankruptcy Court

By U.S. Mail to the Debtor and Debtor's Attorney as follows:
Debtor: GLENDA KAY MELLADY, 3427 Chaucer Dr, , Lafayette, IN, 47909
Creditor: SHELLPOINT MORTGAGE SERVICING, PO BOX 10826, , GREENVILLE, SC, 29603-0826

By electronic e-mail to:
Debra L. Miller, Trustee

Debtor's Attorney: JUAN A PEREZ JR, PEREZ & PEREZ, PO BOX 943, INDIANAPOLIS, IN, 46206-

U.S. Trustee: ustpregion10.so.ecf@usdoj.gov

                                                /s/Debra L. Miller, Trustee