UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

IN THE MATTER OF:
GLENDA KAY MELLADY                                              CASE NUMBER: 22-40114
Debtor                                                                           CHAPTER 13

AGREED MODIFICATION

COME NOW, the Trustee, Debra L. Miller, by Counsel, and the Debtor, by Counsel, and state as follows:

1. In order to meet the disposable income test, Debtor shall report the receipt of any bonus income and shall turn over net bonuses over $500.00 annually.

2. In order to meet the best interests of creditors test, all unsecured claims shall receive a pro rata minimum distribution of $3561.64 plus 37 % of the nonexempt 2022 tax refunds.

3. All other terms remain the same.

Dated: July 28, 2022

/s/ Katherine Iskin #33679-71                           /s/ Juan A. Perez, Jr
Katherine Iskin, Staff Attorney                          Attorney for Debtor
Debra L. Miller, Chapter 13 Trustee                 P.O. Box 943
PO Box 11550                                                    Indianapolis, IN 46206
South Bend, IN  46634                                      317-634-5968
(574) 254-1313